IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WENDELL W. FLORA, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No.: 7:18-cv-240 |
| | ) |
| MOUNTAIN VALLEY PIPELINE, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

In accordance with the representation of the parties that this case has been settled and compromised, it is **ORDERED** and **ADJUDGED** that this case is dismissed with prejudice and **ORDERED** stricken from the docket of the court; provided that the court retains jurisdiction to enforce the settlement if any party so moves within 30 days of the entry of this Order.

It is **SO ORDERED**.

Entered: September 28, 2021.

/s/ *Elizabeth K. Dillon*
Elizabeth K. Dillon
United States District Judge